# Exhibit B:

# Letters to the Court

Exhibit B: Letters to the Court
Defendant's Sentencing Memorandum
US v. Hazelrigg, CR 13 – 239 TSZ

LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
P.O. BOX 10033
BAINBRIDGE ISLAND, WA 98110
(206) 464-4142

Hon. Thomas S. Zilly
United States District Judge
US District Court for the Western District of Washington
700 Stewart Street
Seattle, WA 98101

Re:   United States v. Thomas Roy Hazelrigg III
      No. CR 13 – 239 TSZ

Dear Judge Zilly:

I am an 81 year old widow of a prominent coach, Jack Swarthout, who passed 10 years ago. Jack coached in Hoquiam, University of Washington, University of Texas, University of Montana and Olympia Washington High Schools. I still reside in Olympia Washington where we returned in 1976. I work with a non-profit organization that supports rural communities and youth to provide consultation, development and fund raising for the Foundation.

My husband coached Tom in High School Football in 1962 and 1963. He always spoke very highly of Tom as he was tough, smart, and a team player. When we returned to Olympia Tom came to see us many times, I was always impressed with his manner toward us and the way we were treated. Tom could not do enough to show his appreciation and admiration for his old coach as he felt Jack had given him direction, support and was his mentor for life. My husband was always proud of the businessman and financial expert Tom had become and the way he helped his family and others whenever he could. When my husband became very ill with cancer Tom provided financial support for us to search out alternatives to Chemo Therapy. The alternatives we found did give us three more years rather than the six months we were told he had to live. Later, after Jack passed away, Tom provided financial assistance to help me save my home until I could get back to work again as I had left my job to take care of Jack.

I will support Tom in whatever way I can as he certainly has proven he would do the same for me.

Thank you for your consideration.

*Mary Swarthout*
Mary Swarthout

US v. Hazelrigg
CR 13-239 TSZ

Exhibit B - 1

March 3rd 2015

Hon. Thomas S. Zilly
United States District Judge
US District Court for the Western District of Washington
700 Stewart Street
Seattle, W.A. 98101

Re: <u>United States v. Thomas Roy Hazelrigg III</u>
No. CR. 13-239 TSZ

Dear Judge Zilly,

I am a 76 year old retired Boeing engineer. During the years when I was still working, my family and I invested in income properties and it was during one of those transactions when Mr. Hazelrigg and I met where he was the seller of an office building and I was the buyer. Subsequent to that chance meeting, we became clients of Tom and Centurion Financial when I retired.

Even though I, together with my retired friends and family have lost in excess of 50 million due to the financial fiasco of the last decade, I still feel that Tom Hazelrigg is a man of his word. When various borrowers of ours could not pay back their loans, Mr. Hazelrigg vigilantly kept on helping our collection efforts. We had offered to compensate him for all the work but he graciously declined stating he felt it was the least he could do.

In 2007, when financial troubles first started, Tom helped the Binghams/Bingo Investment with his own money to service the Bingham's loans. In 2008, he even pleaded with us to help the Bingham's interest payments; putting himself in jeopardy as a guarantor. Tom also tried his very best to make us whole again by picking stocks for our retirement account that grew in excess of 700 times in 2 years. I am confident that he will eventually help us recoup our losses and if he is incarcerated, it will be a big loss to our friends and family's retirement account.

He is now in very bad health and I wish that your honor would consider his age and health and let him live out the rest of his years with his family.

Thank you for your consideration.

*William Kwan* (signature)

William Kwan

**Andy Carrigan**

To:
Subject: Honorable Thomas S. Zilly  United States District Judge
United States v. Thomas Roy Hazelrigg 111

Honorable Thomas S. Zilly
United Sates District Judge
US District Court fo the Western District of Washington
700 Stewart Street
Seattle, WA 98101

Dear Judge Zilly:

My name is Andy Carrigan. I am the owner and President of ABC Legal Services with our primary offices in Seattle, Los Angles, Dallas, New York, Washington DC and Orlando, Florida.

My wife and I started ABC Legal in 1974. We have continued to work and watch our company grow for the past 41 years. We believe and hope we can pursue escalating the business nationwide for the next ten years and beyond.

I have known Tom Hazelrigg for 51 years as we first met in highschool competing against each other in track and field in the high jump competition in Shelton Washington. He represented Olympia High and I was a senior at Orting High School.

We met again just four months later in an enrollment line readying our class schedules as Freshman, both attending Stanford University in Palo Alto, California.

I have been involved in business ventures with Tom in the past. We built a nine hole GOLFUN course in Federal Way on ten acres in the mid-1980's, a game similar to golf I patented world wide, but utilizing a much larger plastic air filled ball the size of a small grape fruit enabling children to play safely with their parents or friends.

I was also the best man at Tom's wedding in Eastern Washington in 1969.

We have shared our lives and times together over the years in a variety of shared pursuits, conversations, and frank discussions.

Tom is not an evil person and has on many occasions helped my oldest son and now business partner at ABC Legal by providing jobs when Steve graduated from the University of Washington and got him started on his own business career.

He has been a mentor at times to another of my sons, Chris Carrigan, who has suffered from drug addiction and is now in recovery.

Tom I think played an instrumental role in helping Chris get on a higher mental state important to his healing.

I cannot imagine any measure of cumulative good which could be achieved, warranted, or assessed, or any even small assuasion of Justice which could be bestowed to society or the general population or anyone anywhere, by locking Tom up in a prison cell for even a few days as punishment for his alleged misconduct.

I would align and aliken a prison sentence rendered to Tom as proper just punishment for any accusatory misdeeds, with a medieval dungeon assingment to a person charged with stealing a loaf of bread for his family in the sixteenth century in Europe. He did not injure any persons. He did not inflict pain on anyone. For Tom Hazelrigg to serve time in prison seems to me a senseless waste of a human life and woefully unwarranted. He is not a criminal.

Why not allow him to at least give something back to society in some form of public service with his gifts, his intellect, and his proven willingness and ability to help others less fortunate and more needy during whatever length of time you deem appropirate for him to serve at sentencing.

I also know that Tom has a pretty serious heart condition with one of his arteries in relative closure and already with one heart surgery completed within the past two years.

1

US v. Hazelrigg
CR 13-239 TSZ

Exhibit B - 3

Confinement in prison would potentially contribute negatively to such health status.

My primary perspective on all of this, and the real true message I would like to convey to you Judge Zilly, and one which I believe is truthful, is that Prison is not the proper punishment venue or a fair or necessary judicial resolution for Tom all things considered. .

I certainly believe that alternative and more sensible and humanely options exist which could serve a more collective common good than sticking Tom in a prison cell.

Thank you for listening.

Sincerely,

Andy Carrigan


Andy Carrigan
President
andyc@abclegal.com
206.521.2944
800.736.7295 ext. 3214

**abclegal**
Technology in Legal Support

 

March 4, 2015

Hon. Thomas S. Zilly
United States District Judge
US District Court for the Western District of Washington
700 Stewart Street
Seattle, WA. 98101

Re:   United States v. Thomas Roy Hazelrigg III
      No. CR 13 – 239 TSZ

Dear Judge Zilly:

My name is David P. Taylor Jr. I am 68 years old and am co-owner and Vice President of Capital Industries, Inc. located here in Seattle.

I have been asked to write a letter on behalf of Tom Hazelrigg III. Tom and I have been friends since the early 1990's. We have been personal friends and have also done a small amount of business dealings over the years. Even when the business did not pan out, I did not blame Tom. To me it was just the economy causing the problem. I explained this to the prosecuting attorney when he was interviewing me as a potential witness against Tom.

I have had 2 bouts with cancer and both times Tom has taken the initiative to not only help me, but also lead in finding the best options for me. Taking me under his "protective wing" and getting me not only with the best doctors, but also holding my hand when I was scared on the diagnosis. Because of my endeavors, I have been actively involved with Cancer Research fundraising at Swedish and Fred Hutchinson.

Tom has helped a lot of people less fortunate than himself without asking for recognition or merit. This is his style.

In the last few years, Tom has given me some great tips in stocks that he had studied diligently and has great stock market acumen. He has never asked me for any compensation for his efforts which in this day and age is unbelievable, but when he was in need of help financially, I was there for him.

I am always impressed with Tom and his business and financial sense. It boggles me that Tom knowingly would not pay his taxes. I can tell you this from my stand-point, Tom is not a cheater or a quitter. This is not who he is.

Judge Zilly, thank you for taking the time to read my letter in Toms' behalf.

Respectfully,

David P Taylor, Jr.
Vice President / Owner

Capital Industries, Inc.  |  Seattle, WA  |  ph# 206-762-8585  |  dptaylor@capitalind.com

US v. Hazelrigg
CR 13-239 TSZ

Exhibit B - 5

March 11, 2015

Judge Zilly:
United States District Judge
US District Court for the Western District of Washington
700 Stewart Street
Seattle, WA 98101

Re:     <u>United States v. Thomas Roy Hazelrigg III</u>
        No. CR 13 – 239 TSZ

Dear
Judge Zilly:

I am writing this letter on behalf of Thomas Hazelrigg III. I attended a portion of Tom's trial, if you might recall, I am the North Dakota farmer.

I met Tom in 2007, when I sold him a house that I owned in Palm Springs, CA. During the sale of my home I became acquainted with Mr. Hazelrigg and learned that he had a business in Bellevue, WA. The nature of the business was to sell bridge loans. I became very interested in this venture and I invested the majority of my wealth with Tom. I trusted him enough to place my lifetime savings with him. My fortune was lost in 2008 and 2009 when the banks closed and the lenders stopped all take out loans. Tom was making monthly payments with his own money trying to hold things together hoping the shutdown would pass and business would get back to normal. Unfortunately, this did not happen.

Despite my losses I believe Tom is honest and had no intentions of hurting anyone financially. He has tried to help me whenever there was an opportunity. He even gave me a very expensive watch. One evening we were out to dinner and I was complaining that my watch was cutting into my arm. He took his watch off, handed it to me and told me to try it on. I did and I remarked "what a beautiful thing!" He said "if you like it, it's yours." He has always tried to be helpful. I cannot believe that as smart as Tom is he would knowingly risk tax evasion and the possibility of serving prison time. He always said that nothing is worth the risk of prison time.

He did mention on more than one occasion that he was concerned about a tax on the water park in Palm Springs, CA. He indicated that he had reviewed the tax issue with his CPA and was advised that he did not owe the tax. He also indicated that his CPA had passed away and that there was no record of the tax study that she had prepared for him.

US v. Hazelrigg
CR 13-239 TSZ

Exhibit B - 6

I really believe if allowed to go back to work Tom would pay all the tax the IRS says he owes. Then he would work on paying the losses to those of us who still believe in him. If he is locked up no one is going to gain from that. What a waste of a man who knows how to make large amounts of money when the economy is stable.

As a side note

In 2013 I was helping Tom move back to Washington State. I heard a large crash at about 6am. Tom had collapsed and hit the floor. He said he had no feeling in his legs. At this time Tom appears to have serious health issues.


Sincerely,

Daniel A. Kirby

**Superior Note Solutions, LLC**
800 Bellevue Way N.E., Suite 400
Bellevue, WA  98004
Phone 206-972-6050, Fax 425-698-1866

July 1, 2014

To Whom It May Concern:

I was a co managing member for Centurion Funding Group, LLC from March 2004 through May 2011. For the period of time from March 2004 through 2009, I prepared the tax returns for the company.

The administrative accounting was performed by other persons, but I was responsible for the tax returns.

In that role, I kept track of the individual loan transactions from 2004 through 2007. While I do not have the company books, I do have the tax preparation files. From those files, I was able to find lists of loans closed in 2004 through 2007 and determined what fees were earned on each loan and which Member of the LLC was responsible for bringing in each client relationship. From that information I have prepared the 2004 through 2007 list of loans that were originated by T.R. Hazelrigg IV and how much fee income was derived from his relationships. Please see the attached files.

While preparing the tax returns over the years, the ownership changed based on the needs of the company and the relative contribution of each member. Tom Hazelrigg, Eric DeGooyer and I started working together as a group in March 2004. That year Tom kept his earnings and expenses separate from Eric and me. Eric and I formed Centurion Financial Group, LLC as the business form that we wanted to conduct business.

In 2005 Tom, Aaron and T.R. decided that they also wanted the benefit of conducting their lending business together with Eric and me. Aaron actually came up with the Centurion name in 2004 and used different versions of it for his companies in New Mexico. T.R. had a separate lending business, Avatar Financial, which was a real estate income property based lending business. He could not do land loans, construction loans or other alternative loans within Avatar. Avatar had a nationwide advertising program that

generated many lending opportunities that could not be provided by Avatar. Those leads he sent to CFG, LLC. Several of CFG's larger borrowers came from T.R., specifically Martin Selig and William Barkett. As you can see from the attached loan summaries, CFG originated millions of dollars of loans and fees from those clients. For providing those clients and being an available source of financing for commercial income properties, CFG decided to give ownership in the company to T.R. for his contributions.

Aaron Hazelrigg initially did on line marketing on behalf of CFG. As CFG was a small start up company, he provided his signature for debt guarantees so that CFG could borrow money. We would not have been able to get lines of credit without his net worth and signature. We used those loans to borrow money at lower rates and then loaned the money to the land developers at higher rates.

A few years into the business, Eric deGooyer sold his interests in CFG to the Hazelriggs. He was experiencing severe health issues and needed to relieve the stress in his life.

These are my general recollections of the ownership and contributions provided by each member without going through each year of ownership change.

Sincerely,

*Scott Switzer*



March 9, 2015

Tom J. Fitzgerald, USPO
Western District of Washington
700 Stewart St., Suite 11101
Seattle, WA 98101

Re:     Thomas R. Hazelrigg

Dear Mr. Fitzgerald

I am the Executive Director of a nonprofit community development fund which has as its mission to enhance the economic vitality of the Rainier Valley (Southeast Seattle).  Many people are aware that in this area which has demographics of a highly diverse resident and business population, it is a neighborhood which has not enjoyed the level of prosperity experienced by other parts of Seattle and the greater Puget Sound region.  We have a substantial loan fund, of which over $21 Million is outstanding loans to businesses and commercial real estate (not consumer loans nor residences).  We also provide consultation services to businesses who may be experiencing various challenges and barriers to sustainable profitability.

Mr. Hazelrigg was here for several hours a couple of weeks ago, and I took him on a tour of this area, and introduced him to some of the businesses we work with.

I always have admired Mr. Hazelrigg's business acumen and understanding of finance, but I saw another side of him in his ability to work with small business and quickly get to some of the root issues which are challenging their businesses.  We also encountered a business borrower for which we as a lender are having difficulty in collection and performance of their loan.  Mr. Hazelrigg was able to formulate a collection strategy and suggest ways to secure our collateral, which would go towards offsetting the debt amount owed to our Fund.

I acknowledge that Thomas Hazelrigg has been convicted of a federal crime related to income tax evasion and he is to be sentenced shortly.

Given his business expertise and enthusiastic willingness to help with our businesses in this area, it would seem a waste to incarcerate this individual.  He could benefit society much more by volunteering his time and experience.

We would propose to utilize Mr. Hazelrigg for a minimum of 20 hours a week, for the next year.  Mr. Hazelrigg would receive no compensation and no reimbursement for expenses such as travel or other incidentals; all of his time and efforts would be gratis and a direct benefit to the Rainier Valley

Tom Fitzgerald	Page Two

businesses.  Just to clarify also, our organization, being a nonprofit and with a mission, does NOT charge for our consulting and technical assistance services.  We do sustain ourselves with our lending activities, but again, we would not compensate Mr. Hazelrigg in any manner whatsoever.  He would be keeping a timesheet and log of all the businesses he contacts.

We hope that you and the Court would give consideration to this arrangement.

Sincerely,

*[signature: Wayne H. Lau]*

Wayne H. Lau

Executive Director

Rainier Valley Community Development Fund

www.rvcdf.org